USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA       :

                            :          20-CR-667 (VEC)

      -against-               :

                            :           ORDER

RICARDO GARCIA,             :

                            :

                  Defendant.    :

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant has requested a change-of-plea hearing;

IT IS HEREBY ORDERED THAT:  The hearing will be held in person on **July 22, 2021 at 4:00 p.m.** in Courtroom 443.

In light of the new SDNY protocols for non-trial proceedings, Defense counsel must inform the Court not later than 3 business days prior to the proceeding whether the attorney and the Defendant have been fully vaccinated against COVID-19; the prosecutor must similarly inform the Court whether he or she has been vaccinated on the same time schedule.  This notification can be through an email to Chambers.

Members of the public may attend the hearing by dialing (888) 363-4749, using the access code 3121171 and the security code 0667.  Any recording of the hearing is strictly prohibited.

**SO ORDERED.**

Date:  **June 23, 2021**
       **New York, NY**

                                         **VALERIE CAPRONI**
                                         **United States District Judge**