UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

                -v.-

RICARDO GARCIA,

        Defendant.

-------------------------------------------------------X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 10/13/2021 |

20 Cr. 667 (VEC)

ORDER

VALERIE E. CAPRONI, United States District Judge:

    The Essex County Correctional Facility, located at 354 Doremus Ave, Newark, NJ 07105, is hereby directed to permit paralegal Austin Dean to enter the facility and conduct legal visits with Ricardo Garcia, inmate no. 217006013, outside the presence of defense counsel through December 31, 2021.

Dated: New York, New York
      13th day of October, 2021

IT IS SO ORDERED.

_____
Hon. Valerie E. Caproni, U.S.D.J.