

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2021

December 1, 2021

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Ricardo Garcia*, 20 Cr. 667 (VEC)

Dear Judge Caproni:

    I write on behalf of Ricardo Garcia, who is scheduled to be sentenced by this Court at 10:00 a.m. on December 6, 2021.

    Due to a personal matter, I write to request respectfully that the Court adjourn Mr. Garcia's sentencing to a Monday, Wednesday, or Thursday in early January 2022 that is convenient for the Court. The government, through AUSA Christopher Clore, informed me it has no objection to this request.

    Thank you for the Court's consideration of this request.

                                Respectfully submitted,

                                /s

                              Aaron Mysliwiec
                              *Attorney for Ricardo Garcia*

cc:    AUSA Christopher Clore (via ECF)

> Application GRANTED. Mr. Garcia's sentencing is adjourned to **January 6, 2022 at 4:00 p.m.**

    SO ORDERED.

*[Signature: Valerie Caproni]*    12/1/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE